Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Suite 300
San Diego, CA 92130
Telephone: 858.720.5700
Facsimile: 858.720.5799

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

*Attorneys for Plaintiff Netskope, Inc.*

Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
**GISH PLLC**
50 California Street, Suite 1500
San Francisco, CA 94111
Phone: (415) 630-2000

Andrew D. Gish (NY SBN 4918454)
(*pro hac vice*)
andrew@gishpllc.com
**GISH PLLC**
41 Madison Avenue, Floor 31
New York, NY 10010
Phone: (212) 518-7380

*Attorneys for Defendant Fortinet, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NETSKOPE, INC., <br><br>               Plaintiff, <br><br>     v. <br><br> FORTINET, INC., <br><br>               Defendant. | Case No. 4:25-cv-02360-HSG <br><br> **ORDER REGARDING SECOND AMENDED COMPLAINT (as modified)** <br><br> Complaint Filed: March 7, 2025 |

1  Upon consideration of the stipulation between Plaintiff Netskope, Inc. ("Netskope") and
2  Defendant Fortinet, Inc. ("Fortinet") regarding the Second Amended Complaint:
3  IT IS HEREBY ORDERED on this 26th day of June, 2025 that the stipulation is entered
4  except the Second Amended Complaint is deemed filed on 6/13/2025 at docket no. 29.

*Haywood S. Gilliam, Jr.*
The Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge