United States District Court
Northern District of California

1   UNITED STATES DISTRICT COURT

2   NORTHERN DISTRICT OF CALIFORNIA

3

4   NETSKOPE, INC.                    ,          Case No. 4:25-cv-2360-HSG

5          Plaintiff(s),

6          v.                                    **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)
7   FORTINET, INC.                    ,

8          Defendant(s).

9

10      I, Alexander Rudis_____, an active member in good standing of the bar of

11  New York_____, hereby respectfully apply for admission to practice pro hac

12  vice in the Northern District of California representing: Fortinet, Inc._____ in the

13  above-entitled action. My local co-counsel in this case is Ognjen Zivojnovic_____, an

14  attorney who is a member of the bar of this Court in good standing and who maintains an office

15  within the State of California.  Local co-counsel's bar number is: 307801_____.

16  295 5th Ave, New York, NY 10016-7103          50 California St, 22 Fl, San Francisco, CA 94111

17  MY ADDRESS OF RECORD                          LOCAL CO-COUNSEL'S ADDRESS OF RECORD

18  (212) 849-7245                                (415) 875-6469

19  MY TELEPHONE # OF RECORD                      LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

20  alexanderrudis@quinnemanuel.com               ogizivojnovic@quinnemanuel.com
    MY EMAIL ADDRESS OF RECORD                    LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

21

22      I am an active member in good standing of a United States Court or of the highest court of

23  another State or the District of Columbia, as indicated above; my bar number is: 4232591_____.

24      A true and correct copy of a certificate of good standing or equivalent official document

25  from said bar is attached to this application.

26      I have been granted pro hac vice admission by the Court 0_____ times in the 12 months

27  preceding this application.

28

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: October 28, 2025                                          Alexander Rudis
                                                                                         APPLICANT
5

6

7

8                              ORDER GRANTING APPLICATION

9                      FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11           IT IS HEREBY ORDERED THAT the application of Alexander Rudis            is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: 10/30/2025

16

17  _____
                              UNITED STATES DISTRICT JUDGE
18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

  I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Alexander Rudis

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 10, 2004**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



  *In Witness Whereof, I have hereunto set my hand in the City of New York on October 24, 2025.*

*Clerk of the Court*

*CertID-00256535*



# Supreme Court of the State of New York
## Appellate Division, First Department

| | |
|---|---|
| **DIANNE T. RENWICK**<br>PRESIDING JUSTICE | **MARGARET SOWAH**<br>DEPUTY CLERK OF THE COURT |
| **SUSANNA MOLINA ROJAS**<br>CLERK OF THE COURT | **DOUGLAS C. SULLIVAN**<br>DEPUTY CLERK OF THE COURT |

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020