1  QUINN EMANUEL URQUHART & SULLIVAN, LLP
   Ognjen Zivojnovic (Bar No. 307801)
2    ogizivojnovic@quinnemanuel.com
   50 California Street, 22nd Floor
3  San Francisco, California 94111
   Telephone: (415) 875-6600
4  Facsimile: (415) 875-6700

5  Alexander Rudis (NY Bar No. 4232591)
     alexanderrudis@quinnemanuel.com
6  295 5th Avenue, 9th Floor
   New York, New York 10016
7  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
8
   *Attorneys for Fortinet, Inc.*
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          OAKLAND DIVISION
12

13 | NETSKOPE, INC.,                      | Case No. 4:25-CV-02360-HSG
14 |        Plaintiff and Counterclaim-   | **ORDER RE FORTINET, INC.'S ADMINISTRATIVE MOTION TO WITHDRAW APPEARANCES ENTERED IN ERROR (as modified)**
   |        Defendant,                    |
15 |   vs.                                |
16 | FORTINET, INC.,                      |
17 |        Defendant and Counterclaim-   |
   |        Plaintiff.                    |
18

Case No. 4:25-CV-02360-HSG
ORDER GRANTING MOTION TO WITHDRAW APPEARANCES ENTERED IN ERROR

Before the Court is Fortinet's Administrative Motion to withdraw appearances entered in error.

For the reasons stated above, the Court **GRANTS** Fortinet's Administrative Motion and the appearances entered in error by Ognjen Zivojnovic, Alexander Rudis, and Justin Sorensen on behalf of Netskope, Inc. shall be withdrawn.  The Clerk is directed to remove Ognjen Zivojnovic, Alexander Rudis, and Justin Sorensen from the docket as "terminated" counsel for Netskope.  And then add them as counsel for Fortinet.

IT IS SO ORDERED.

By: _____
JUDGE HAYWOOD S. GILLIAM JR.

DATED: 11/4/2025