UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETSKOPE, INC., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>FORTINET, INC., <br><br>　　　　Defendant. | Case No. 25-cv-02360-HSG <br><br>**SCHEDULING ORDER** |

Having considered the parties' proposals, *see* Dkt. No. 90, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16, Civil Local Rule 16-10, Patent Local Rule 1-3:

| Event | Deadline |
|---|---|
| Fortinet's Opposition to Cross-Motion to Sever (Dkt. 78) and Reply in Support of its Motion to Stay (Dkt. 61) | November 19, 2025 |
| Fortinet's Opposition to Motion to Strike (Dkt. 79) | November 21, 2025 |
| Netskope's Reply in Support of its Cross-Motion to Sever (Dkt. 78) | November 26, 2025 |
| Netskope's Reply in Support of its Motion to Strike (Dkt 79) | December 3, 2025 |
| Netskope's Opening Claim Construction Brief (P.R. 4-5(a)) | December 3, 2025 |
| Fortinet's Responsive Claim Construction Brief (P.R. 4-5(b)) | December 17, 2025 |
| Netskope's Reply Claim Construction Brief (P.R. 4-5(c)) | December 24, 2025 |

| Combined hearing on Motion to stay (Dkt. 61), Motion to Sever (Dkt. 78), Motion to Strike (Dkt. 79), and Case Management Conference for Fortinet's Counterclaims | January 8, 2026 at 2:00 p.m. |
|---|---|
| Claim Construction Technology Tutorial | January 30, 2026 at 10:00 a.m. |
| *Markman* Hearing | February 6, 2026 at 10:00 a.m. |

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order TERMINATES Dkt. No. 90.

**IT IS SO ORDERED.**

Dated:   11/24/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

2