1   Thomas N. Millikan, Bar No. 234430
    TMillikan@perkinscoie.com
2   Joseph P. Reid, Bar No. 211082
    JReid@perkinscoie.com
3   Sarah Mae Anderson, Bar No. 359690
    SarahAnderson@perkinscoie.com
4   PERKINS COIE LLP
    11452 El Camino Real, Ste 300
5   San Diego, California 92130-2080
    Telephone: +1.858.720.5700
6   Facsimile:  +1.858.720.5799

7   Andrew N. Klein, Bar No. 300221
    AKlein@perkinscoie.com
8   PERKINS COIE LLP
    3150 Porter Drive
9   Palo Alto, California 94304-1212
    Telephone: +1.650.838.4300
10  Facsimile:  +1.650.838.4350

11  *Attorneys for Plaintiff Netskope, Inc.*

Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
GISH PLLC
50 California Street, Suite 1500
San Francisco, CA 94111
Phone: (415) 630-2000

Andrew D. Gish (NY SBN 4918454)
(*pro hac vice*)
andrew@gishpllc.com
Christopher Gerson (NY SBN 4595708)
(*pro hac vice*)
chris.gerson@gishpllc.com
GISH PLLC
41 Madison Avenue, Floor 31
New York, NY 10010
Phone: (212) 518-7380

*Attorneys for Defendant Fortinet, Inc*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| 15  NETSKOPE, INC.,<br><br>16       Plaintiff,<br><br>17       v.<br><br>18  FORTINET, INC.,<br><br>19       Defendant. | Case No. 4:25-cv-02360-HSG<br><br>**JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER ; ORDER**<br><br> Dept.: Courtroom 2, 4th Floor<br> Oakland Courthouse<br> Judge: Hon. Haywood S. Gilliam, Jr. |

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Plaintiff Netskope, Inc. ("Netskope") and Defendant Fortinet, Inc. ("Fortinet") respectfully move this Court for entry of the proposed Stipulated Protective Order that is filed herewith.

DATED: September 26, 2025          Respectfully submitted,

**PERKINS COIE LLP**

By: */s/ Andrew N. Klein*
Thomas N. Millikan
TMillikan@perkinscoie.com
Joseph P. Reid
JReid@perkinscoie.com
Sarah Mae Anderson
SarahAnderson@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212

*Counsel for Plaintiff Netskope, Inc.*

**GISH PLLC**

By: */s/ Christopher Gerson*
Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111

Andrew D. Gish (NY SBN 4918454)
(*pro hac vice*)
andrew@gishpllc.com
Christopher Gerson (NY SBN 4595708)
(*pro hac vice*)
chris.gerson@gishpllc.com
41 Madison Avenue, Floor 31
New York, NY 10010

*Counsel for Defendant Fortinet, Inc.*

1

**<u>ORDER</u>**

2

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATE:    12/1/2025

*Haywood S. Gill, Jr.*

Honorable Haywood S. Gillam, Jr.

5    District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

JOINT MOTION FOR ENTRY OF
STIPULATED PROTECTIVE ORDER
CASE NO. 4:25-CV-02360-HSG