| | | |
|---|---|---|
| 1 | Thomas N. Millikan, Bar No. 234430<br>TMillikan@perkinscoie.com | Ryan Iwahashi (CA SBN 284766)<br>ryan@gishpllc.com |
| 2 | Joseph P. Reid, Bar No. 211082<br>JReid@perkinscoie.com | GISH PLLC<br>50 California Street, Suite 1500 |
| 3 | Sarah Mae Anderson, Bar No. 359690<br>SarahAnderson@perkinscoie.com | San Francisco, CA 94111<br>Phone: (415) 630-2000 |
| 4 | PERKINS COIE LLP<br>11452 El Camino Real, Ste 300 | Andrew D. Gish (NY SBN 4918454) |
| 5 | San Diego, California 92130-2080<br>Telephone: +1.858.720.5700 | (*pro hac vice*)<br>andrew@gishpllc.com |
| 6 | Facsimile: +1.858.720.5799 | Christopher Gerson (NY SBN 4595708)<br>(*pro hac vice*) |
| 7 | Andrew N. Klein, Bar No. 300221<br>AKlein@perkinscoie.com | chris.gerson@gishpllc.com<br>GISH PLLC |
| 8 | PERKINS COIE LLP<br>3150 Porter Drive | 41 Madison Avenue, Floor 31<br>New York, NY 10010 |
| 9 | Palo Alto, California 94304-1212<br>Telephone: +1.650.838.4300 | Phone: (212) 518-7380 |
| 10 | Facsimile: +1.650.838.4350 | *Attorneys for Defendant Fortinet, Inc.* |
| 11 | *Attorneys for Plaintiff Netskope, Inc.* | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETSKOPE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>FORTINET, INC.,<br><br>    Defendant. | Case No. 4:25-cv-02360-HSG<br><br>**JOINT MOTION FOR ENTRY OF STIPULATION RE: DISCOVERY OF ELECTRONICALLY STORED INFORMATION; ORDER**<br><br>Dept.: Courtroom 2, 4th Floor<br>Oakland Courthouse<br>Judge: Hon. Haywood S. Gilliam, Jr. |

# JOINT MOTION FOR ENTRY OF STIPULATION REGARDING DISCOVERY OF ELECTRONICALLY STORED INFORMATION

Plaintiff Netskope, Inc. ("Netskope") and Defendant Fortinet, Inc. ("Fortinet") respectfully move this Court for entry of the proposed Stipulation Regarding Discovery of Electronically Stored Information ("ESI") that is filed herewith.

DATED: October 2, 2025

Respectfully submitted,

**PERKINS COIE LLP**

By: /s/ *Andrew N. Klein*
Thomas N. Millikan
TMillikan@perkinscoie.com
Joseph P. Reid
JReid@perkinscoie.com
Sarah Mae Anderson
SarahAnderson@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212

*Counsel for Plaintiff / Counterclaim Defendant Netskope, Inc.*


**GISH PLLC**

By: /s/ *Christopher Gerson*
Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111

Andrew D. Gish (NY SBN 4918454)
(*pro hac vice*)
andrew@gishpllc.com
Christopher Gerson (NY SBN 4595708)
(*pro hac vice*)
chris.gerson@gishpllc.com
41 Madison Avenue, Floor 31
New York, NY 10010

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATE: 12/1/2025

*Haywood S. Gilliam Jr.*
Honorable Haywood S. Gilliam, Jr.
District Judge