Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
Kyle R. Canavera, Bar No. 314664
KCanavera@perkinscoie.com
PERKINS COIE LLP
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
PERKINS COIE LLP
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

*Attorneys for Plaintiff Netskope, Inc.*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
David A. Nelson (IL Bar No. 6209623; pro hac vice application forthcoming)
davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: +1.312.705.7400

**GISH PLLC**
Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: +1.415.630.2000

*Attorneys for Defendant Fortinet, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NETSKOPE, INC.,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>v.<br><br>FORTINET, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Case No.4:25-cv-002360-HSG<br><br>**JOINT STIPULATION AND ORDER RE: NARROWING OF CLAIM TERMS AND EXTENSION OF BRIEFING SCHEDULE** |

Pursuant to Civil Local Rule 6-1(b) and 6-2, Plaintiff Netskope, Inc. ("Netskope") and Defendant Fortinet, Inc. ("Fortinet") (collectively the "Parties"), by and through their attorneys, jointly request the Court to modify the current claim construction briefing schedule in the Court's Scheduling Order (Dkt. 104).  In support of that request, the Parties stipulate as follows:

WHEREAS, Fortinet filed an Administrative Motion to brief additional terms for claim construction ("Motion") on September 30, 2025 (Dkt. 51);

WHEREAS, Netskope filed its Opposition to Fortinet's Motion on October 6, 2025 (Dkt. 58);

WHEREAS, During the Parties' December 9, 2025 Case Management Conference ("CMC"), the Court ordered the Parties to "meet and confer by December 19, 2025 to 1) identify representative claims or otherwise narrow the cases scope and 2) propose a modified claims construction briefing schedule." (Dkt. 116);

WHEREAS, following the CMC, the Parties negotiated to narrow the case according to the Court's instruction;

WHEREAS, Netskope agrees to drop the following claims without prejudice:

1. U.S. Patent No. 7,593,936: claims 3-4, 14-15

2. U.S. Patent No. 8,635,697: claims 9, 21

3. U.S. Patent No. 8,397,282: all asserted claims

WHEREAS, Fortinet agrees to drop its Motion in light of Netskope's case narrowing proposal without prejudice as to any claim construction issues that may arise later in the case;

WHEREAS, Netskope filed its Opening Claim Construction Brief on December 3, 2025 (Dkt. 111);

WHEREAS, Netskope will need to refile its Opening Claim Construction Brief due to the narrowing of the case and the changes to the top 10 terms for construction;

WHEREAS, the Parties agree to the following revised schedule to allow additional time to complete claim construction briefing:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Netskope's Opening Claim Construction Brief | December 3, 2025 | January 5, 2026 |
| Fortinet's Responsive Claim Construction Brief | December 17, 2025 | January 16, 2026 |
| Netskope's Reply Claim Construction Brief | December 24, 2025 | January 23, 2026 |
| Technology Tutorial | January 30, 2026 at 10:00 a.m. | No change |
| *Markman* Hearing | February 6, 2026 at 10:00 a.m. | No change |

WHEREAS, the revised schedule does not change any major deadlines for the Court, such as the Technology Tutorial or *Markman* hearing;

WHEREAS, given the above, good cause exists to modify the Scheduling Order to allow the Parties sufficient time to complete claim construction briefing;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, subject to Court approval, that the Scheduling Order shall be modified as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Netskope's Opening Claim Construction Brief | December 3, 2025 | January 5, 2026 |
| Fortinet's Responsive Claim Construction Brief | December 17, 2025 | January 16, 2026 |
| Netskope's Reply Claim Construction Brief | December 24, 2025 | January 23, 2026 |
| Technology Tutorial | January 30, 2026 at 10:00 a.m. | No change |
| *Markman* Hearing | February 6, 2026 at 10:00 a.m. | No change |

**IT IS SO STIPULATED**, through Counsel of Record.

| | |
|---|---|
| 1  DATED: December 19, 2025 | Respectfully Submitted, |
| 2 | **PERKINS COIE LLP** |
| | |
| | By: */s/Thomas N. Millikan* |
| | Thomas N. Millikan |
| | TMillikan@perkinscoie.com |
| | Joseph P. Reid |
| | JReid@perkinscoie.com |
| | Kyle R. Canavera |
| | KCanavera@perkinscoie.com |
| | 11452 El Camino Real, Ste 300 |
| | San Diego, California 92130-2080 |
| | Telephone: +1.858.720.5700 |
| | Facsimile:  +1.858.720.5799 |
| | |
| | Andrew N. Klein, Bar No. 300221 |
| | AKlein@perkinscoie.com |
| | 3150 Porter Drive |
| | Palo Alto, California 94304-1212 |
| | Telephone: +1.650.838.4300 |
| | Facsimile:  +1.650.838.4350 |
| | |
| | *Counsel for Plaintiff Netskope, Inc.* |
| | |
| | **GISH PLLC** |
| | Ryan Iwahashi (CA SBN 284766) |
| | ryan@gishpllc.com |
| | 50 California Street, Suite 1500 |
| | San Francisco, CA 94111 |
| | Telephone:+1.415.630.2000 |
| | |
| | Andrew D. Gish (NY SBN 4918454) |
| |   (pro hac vice) |
| | andrew@gishpllc.com |
| | Christopher Gerson (NY SBN 4595708) |
| |   (pro hac vice) |
| | chris.gerson@gishpllc.com |
| | Josef Schenker (NY SBN 4935185) |
| |   (pro hac vice) |
| | josef.schenker@gishpllc.com |
| | |
| | **GISH PLLC** |
| | 41 Madison Avenue, Floor 31 |
| | New York, NY 10010 |
| | Telephone: +1.212.518.7380 |

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/Justin Sorenson*
Justin Sorenson (Bar No. 324817)
justinsorensen@quinnemanuel.com
2755 E. Cottonwood Parkway, Suite 520
Salt Lake City, Utah 84121
Telephone: +1.801.515.7300

David A. Nelson (IL Bar No. 6209623;
*pro hac vice* application forthcoming)
davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Tel: +1.312.705.7400

Alexander Rudis (NY Bar No. 4232591;
*pro hac vice* application forthcoming)
alexanderrudis@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, New York 10016
Tel: +1.212.849.7000

Jeff Gerchick (DC Bar No. 474529;
*pro hac vice* application forthcoming)
jeffgerchick@quinnemanuel.com
1300 I Street NW Suite 900
Washington, D.C. 20005
Tel: +1.202.538.8000

Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
Ognjen Zivojnovic (Bar No. 307801)
ogizivojnovic@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Tel: +1.415.875.6600

Jordan B. Kaericher (Bar No. 265953)
jordankaericher@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Tel: +1.213.443.3000

*Attorneys for Fortinet, Inc.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/22/2025

*[Signature]*
The Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge