.7Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
Kyle R. Canavera, Bar No. 314664
KCanavera@perkinscoie.com
Ashlee E. Sherman, Bar No. 348085
Asherman@perkinscoie.com
Sarah M. Anderson, Bar No. 359690
SarahAnderson@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
Hessam Gharaviram, Bar No. 345690
HGharaviram@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

Michael Merabi, Bar No. 343752
MMerabi@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile: +1.310.788.3399

*Attorneys for Plaintiff Netskope, Inc.*

**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
David A. Nelson (IL Bar No. 6209623;
pro hac vice application forthcoming)
davidnelson@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: +1.312.705.7400


**GISH PLLC**
Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: +1.415.630.2000

*Attorneys for Defendant Fortinet, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| NETSKOPE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FORTINET, INC., <br><br> Defendant. | Case No.4:25-cv-02360-HSG <br><br> **JOINT STIPULATION AND ORDER RE: AGREED CLAIM CONSTRUCTION TERMS** |

Plaintiff Netskope, Inc. ("Netskope") and Defendant Fortinet, Inc. ("Fortinet") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation Regarding Agreed Claim Construction Terms. In support of that request, the Parties stipulate as follows:

WHEREAS, Netskope filed its Amended Opening Claim Construction Brief on January 5, 2026 (Dkt. 123).

WHEREAS, Fortinet filed its Responsive Claim Construction Brief on January 16, 2026 (Dkt. 130).

WHEREAS, Netskope filed its Reply Claim Construction Brief on January 23, 2026 (Dkt. 132).

WHEREAS, the Parties filed its Second Amended Joint Claim Construction and Prehearing Statement (the "Second Amended JCCPS") on February 3, 2026 (Dkt. 141).

WHEREAS, the Second Amended JCCPS identified two terms which the parties agree upon the construction:

1. "a network access gateway device" ('710 Patent, claim 15)

   o   Agreed construction: preamble is limiting.

2. "anomaly" ('936 Patent, claims 1-2, 10, 12-13, 18)

   o   Agreed construction: "an unexpectedly present asset, an unexpectedly absent asset, or an asset that has an unknown value"

WHEREAS, the Court held the *Markman* hearing for this case on February 6, 2026 (Dkt. 142).

WHEREAS, at the *Markman* hearing, the Court directed the Parties to meet and confer and file a stipulation and proposed order regarding the agreed upon terms (Dkt. 142).

WHEREAS, the Parties agree to the following constructions:

1. "a network access gateway device" ('710 Patent, claim 15)

   o   Agreed construction: preamble is limiting.

2. "anomaly" ('936 Patent, claims 1-2, 10, 12-13, 18)

   o   Agreed construction: "an unexpectedly present asset, an unexpectedly

- 1 -

absent asset, or an asset that has an unknown value"

WHEREAS, the Parties have not reached an agreement regarding any other terms for construction.

WHEREAS, Fortinet proposed alternative construction of "service provider network" ('697 Patent, claims 1, 15, 24-25) as "a network outside of the local area network" at the *Markman* hearing.

WHEREAS, Netskope maintains its plain and ordinary meaning position on "service provider network" ('697 Patent, claims 1, 15, 24-25).

WHEREAS, the Parties agree to submit "service provider network" ('697 Patent, claims 1, 15, 24-25) on the briefs and the argument presented at the *Markman* hearing.

WHEREAS, the Parties request that the Court continue to consider the meaning of the following terms:

1. "shared network" ('336 Patent, claims 1-2, 4, 6-9, 11, 13-17, 20)

2. "subordinate to" ('710 Patent, claims 1, 6, 8, 13, 15, 20)

3. "proxy for access sessions to the other services" ('426 Patent, claim 1)

4. "principal believing interactions are with the external service" ('426 Patent, claim 1)

5. "snapshots" ('936 Patent, claims 1, 7-8, 12, 21-22)

6. "arbitrary number of attributes" ('153 Patent, claims 1, 10, 15)

7. "generating an alert" ('697 Patent, claims 1, 15, 24)

8. "service provider network" ('697 Patent, claims 1, 15, 24-25)

IT IS HEREBY STIPULATED AND AGREED by and between Netskope and Fortinet through their respective counsel that "a network access gateway device" and "anomaly" have agreed upon meanings and no longer require construction by the Court.

STIPULATION RE
CLAIM CONSTRUCTION TERMS
CASE NO. 4:25-CV-02360-HSG

DATED: February 13, 2026

Respectfully Submitted,

**PERKINS COIE LLP**

By: */s/ Andrew N. Klein*

Thomas N. Millikan
TMillikan@perkinscoie.com
Joseph P. Reid
JReid@perkinscoie.com
Kyle R. Canavera
KCanavera@perkinscoie.com
Ashlee E. Sherman
ASherman@perkinscoie.com
Sarah M. Anderson
SarahAnderson@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080

Andrew N. Klein
AKlein@perkinscoie.com
Hessam Gharaviram
HGharaviram@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212

Michael Merabi
MMerabi@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721

Counsel for Plaintiff Netskope, Inc.

**GISH PLLC**

By: */s/ Ryan Iwahashi*

Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111

Andrew D. Gish (NY SBN 4918454)
(*pro hac vice*)
andrew@gishpllc.com
Christopher Gerson (NY SBN 4595708)
(*pro hac vice*)
chris.gerson@gishpllc.com
41 Madison Avenue, Floor 31
New York, NY 10010

*Counsel for Defendant Fortinet, Inc.*

STIPULATION RE
CLAIM CONSTRUCTION TERMS
CASE NO. 4:25-CV-02360-HSG

**ECF ATTESTATION**

I, Andrew N. Klein, am the ECF User whose ID and password are being used to file this Stipulation regarding Agreed Claim Construction Terms. In compliance with Civil Local Rule 5-1, I hereby attest that Ryan Iwahashi, counsel for Fortinet, Inc., has concurred in this filing.

Dated: February 13, 2026

By: /s/Andrew N. Klein
Andrew N. Klein

STIPULATION RE
CLAIM CONSTRUCTION TERMS
CASE NO. 4:25-CV-02360-HSG

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated:  2/17/2026

The Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge

- 5 -