Thomas N. Millikan, Bar No. 234430
TMillikan@perkinscoie.com
Joseph P. Reid, Bar No. 211082
JReid@perkinscoie.com
Kyle R. Canavera, Bar No. 314664
KCanavera@perkinscoie.com
Ashlee E. Sherman, Bar No. 348085
Asherman@perkinscoie.com
Sarah M. Anderson, Bar No. 359690
SarahAnderson@perkinscoie.com
**PERKINS COIE LLP**
11452 El Camino Real, Ste 300
San Diego, California 92130-2080
Telephone: +1.858.720.5700
Facsimile:  +1.858.720.5799

Andrew N. Klein, Bar No. 300221
AKlein@perkinscoie.com
Hessam Gharaviram, Bar No. 345690
HGharaviram@perkinscoie.com
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: +1.650.838.4300
Facsimile:  +1.650.838.4350

Michael Merabi, Bar No. 343752
MMerabi@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721
Telephone: +1.310.788.9900
Facsimile:  +1.310.788.3399

*Attorneys for Plaintiff Netskope, Inc.*

David A. Nelson (Illinois SBN 6209623
pro hac vice application forthcoming)
davidnelson@quinnemanuel.com
Harrison B. Rose
harrisonrose@quinnemanuel.com
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com
Jordan B. Kaericher (Bar No. 265953)
jordankaericher@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**GISH PLLC**
Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: +1.415.630.2000

*Attorneys for Defendant Fortinet, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| NETSKOPE, INC., | Case No.4:25-cv-02360-HSG |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND  ORDER RE: CASE SCHEDULE IN VIEW OF FORTHCOMING JOINT STIPULATION TO SEVER COUNTERCLAIMS** |
| v. | |
| FORTINET, INC., | |
| Defendant. | |

Plaintiff Netskope, Inc. ("Netskope") and Defendant Fortinet, Inc. ("Fortinet") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation Regarding the Case Schedule in view of the Parties' forthcoming joint stipulation to Sever Fortinet's Counterclaims. In support of that request, the Parties stipulate as follows:

WHEREAS, Netskope filed its Complaint on March 7, 2025 (Dkt. 1).

WHEREAS, Netskope filed its First Amended Complaint on April 14, 2025 (Dkt. 13).

WHEREAS, Netskope filed its Second Amended Complaint on June 13, 2025 (Dkt. 29).

WHEREAS, Fortinet filed its Answer, Affirmative Defenses, and Counterclaims to Netskope's Second Amend Complaint on October 17, 2025 (Dkt. 60).

WHEREAS, Fortinet filed its First Amended Answer, Affirmative Defenses, and Counterclaims to Netskope's Second Amend Complaint on November 21, 2025 (Dkt. 102).

WHEREAS, Netskope filed its Answer to Fortinet's Counterclaims on December 5, 2025 (Dkt. 113).

WHEREAS, the Parties filed a Joint Case Management Statement on December 31, 2025 (Dkt. 122) providing a case schedule for the events associated with Fortinet's counterclaims.

WHEREAS, the Parties request that the Court relieve the Parties from their respective obligations pursuant to the Court's Local Rules and Patent Local Rules, including but not limited to the deadlines for all events listed in the case schedule for Fortinet's counterclaims at Dkt. 122, pending the Court granting the Parties' forthcoming joint stipulation to sever Fortinet's counterclaims for patent infringement of U.S. Patent Nos. 11,449,623; 11,290,527; 12,126,695; 11,916,902; and 12,244,621 into a separate action.

IT IS HEREBY STIPULATED AND AGREED by and between Netskope and Fortinet through their respective counsel that all deadlines related to Fortinet's counterclaims for patent infringement are stayed pending the Court granting the Parties' joint stipulation to sever and the opening of a new case.

STIPULATION RE CASE SCHEDULE
CASE NO. 4:25-CV-02360-HSG

DATED: March 19, 2026

Respectfully Submitted,

**PERKINS COIE LLP**

By: */s/ Andrew N. Klein*

Thomas N. Millikan
TMillikan@perkinscoie.com
Joseph P. Reid
JReid@perkinscoie.com
Kyle R. Canavera
KCanavera@perkinscoie.com
Ashlee E. Sherman
ASherman@perkinscoie.com
Sarah M. Anderson
SarahAnderson@perkinscoie.com
11452 El Camino Real, Ste 300
San Diego, California 92130-2080

Andrew N. Klein
AKlein@perkinscoie.com
Hessam Gharaviram
HGharaviram@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212

Michael Merabi
MMerabi@perkinscoie.com
1888 Century Park East, Suite 1700
Los Angeles, California 90067-1721

*Counsel for Plaintiff Netskope, Inc.*

By: */s/ Harrison B. Rose*
**QUINN EMANUEL URQUHART &
SULLIVAN, LLP**
David A. Nelson (Illinois SBN 6209623
pro hac vice application forthcoming)
davidnelson@quinnemanuel.com
Harrison B. Rose
harrisonrose@quinnemanuel.com
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com
Jordan B. Kaericher (Bar No. 265953)
jordankaericher@quinnemanuel.com

865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

**GISH PLLC**
Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111

Andrew D. Gish (NY SBN 4918454)
(*pro hac vice*)
andrew@gishpllc.com
Christopher Gerson (NY SBN 4595708)
(*pro hac vice*)
chris.gerson@gishpllc.com
41 Madison Avenue, Floor 31
New York, NY 10010

*Counsel for Defendant Fortinet, Inc.*

**ECF ATTESTATION**

I, Andrew N. Klein, am the ECF User whose ID and password are being used to file this Stipulation regarding Agreed Claim Construction Terms. In compliance with Civil Local Rule 5-1, I hereby attest that Harrison B. Rose, counsel for Fortinet, Inc., has concurred in this filing.

Dated: March 19, 2026

　　　　　　　　　　　　　　　*/s/ Andrew N. Klein*
　　　　　　　　　　　　　　　Andrew N. Klein

**<u>ORDER</u>**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  3/20/2026

The Honorable Haywood S. Gilliam, Jr.
U.S. District Court Judge

STIPULATION RE CASE SCHEDULE
CASE NO. 4:25-CV-02360-HSG