Thomas Millikan, Bar No. 234430
Joseph Reid, Bar No. 211082
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-7436
Facsimile: (858) 509-3691
E mail: tmillikan@sheppard.com
E mail: jpreid@sheppard.com

Andrew N. Klein, Bar No. 300221
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601
E mail:aklein@sheppard.com

*Attorneys for Plaintiff Netskope, Inc.*

David A. Nelson (Illinois SBN 6209623
pro hac vice application forthcoming)
davidnelson@quinnemanuel.com
Harrison B. Rose
harrisonrose@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP  191 N. Wacker
Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401
Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com
Jordan B. Kaericher (Bar No. 265953)
jordankaericher@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
GISH PLLC
Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: +1.415.630.2000

*Attorneys for Defendant Fortinet, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| NETSKOPE, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>FORTINET, INC.,<br><br>    Defendant. | Case No. 4:25-cv-02360-HSG<br><br>**STIPULATION MODIFYING DEADLINE FOR PLAINTIFF NETSKOPE, INC. TO FILE REPLY IN SUPPORT OF NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND INFRINGEMENT CONTENTIONS; ORDER**<br><br>Hearing Date: July 2, 2026 |

Plaintiff Netskope, Inc. ("Netskope") and Defendant Fortinet, Inc. ("Fortinet"), by and through their attorneys, stipulate as follows:

WHEREAS, Netskope filed a Notice of Motion and Motion for Leave to Amend Infringement Contentions on May 6, 2026 (Dkt. No. 162);

WHEREAS, Fortinet filed its Opposition to Netskope's Motion for Leave to Amend Infringement Contentions on May 20, 2026 (Dkt. No. 164);

WHEREAS, the current deadline for Netskope to file its Reply in Support of its Motion for Leave to Amend Infringement Contentions is May 27, 2026;

WHEREAS, the Parties agree that a two-day extension for Netskope to file its Reply in Support of its Motion for Leave to Amend Infringement Contentions is warranted due to the recent Memorial Day holiday;

WHEREAS, the Parties agree that Netskope's new deadline to file its Reply in Support of its Motion for Leave to Amend Infringement Contentions is May 29, 2026;

WHEREAS, the modification sought herein will not have affect on the case schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the following changes should be made to the current case schedule:

The current deadline for Netskope to file its Reply in Support of its Motion for Leave to Amend Infringement Contentions shall be moved from May 27, 2026 to May 29, 2026.

-1-

**STIPULATION MODIFYING DEADLINE**
**FOR NETSKOPE TO FILE REPLY**
**Case No. 4:25-cv-02360-HSG**

DATED: May 26, 2026

By: /s/ Joseph P. Reid

Thomas N. Millikan
TMillikan@sheppard.com
Joseph P. Reid
JReid@sheppard.com
Andrew N. Klein
AKlein@sheppard.com
SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP

*Attorneys for Plaintiff*
Netskope, Inc.

DATED:  May 26, 2026

By: /s/ Ognjen Zivojnovic

Tigran Guledjian
tigranguledjian@quinnemanuel.com
Andrew M. Holmes
drewholmes@quinnemanuel.com
Jordan B. Kaericher
jordankaericher@quinnemanuel.com
Ognjen Zivojnovic
ogizivojnovic@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP

*Attorneys for Defendant*
Fortinet, Inc.

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated:  5/27/2026

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge

-2-