United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETSKOPE, INC.                    ,

　　　　　Plaintiff(s),

　　　v.

FORTINET, INC.                    ,

　　　　　Defendant(s).

Case No. 4:25-cv-02360-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Larry L. Shatzer          , an active member in good standing of the bar of the District of Columbia          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Netskope, Inc.          in the above-entitled action. My local co-counsel in this case is Thomas Nathan Millikan          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 234430          .

9801 Washingtonian Blvd., Suite 750, Gaithersburg, MD 20878

MY ADDRESS OF RECORD

(240) 864-2471

MY TELEPHONE # OF RECORD

LShatzer@esfip.com

MY EMAIL ADDRESS OF RECORD

12275 El Camino Real, Ste. 100, San Diego, CA 92130

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(858) 720-7436

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

TMillikan@sheppard.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 418702          .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court One          times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 22, 2026

Larry L. Shatzer
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Larry L. Shatzer is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 6/25/2026

UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

Updated 11/2021

2



On behalf of *JULIO A. CASTILLO*, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Larry Shatzer II

was duly qualified and admitted on May 31, 1989 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 17, 2026.**

*JULIO A. CASTILLO*
**Clerk of the Court**

Issued By:

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*