UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Netskope, Inc., Plaintiff(s),

v.

Fortinet, Inc., Defendant(s).

Case No. 4:25-cv-02360-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michael James DeStefano, an active member in good standing of the bar of Florida, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Netskope, Inc. in the above-entitled action. My local co-counsel in this case is Thomas Nathan Millikan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 234430.

| | |
|---|---|
| Sheppard, Mullin, Richter & Hampton LLP, 2099 Pennsylvania Avenue, NW, Suite 100, Washington, D.C. 20006-6801 | Sheppard, Mullin, Richter & Hampton LLP, 12275 El Camino Real, Ste 100, San Diego, CA 92130 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (202) 747-1900 | (858) 720-7436 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| mdestefano@sheppard.com | tmillikan@sheppard.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1035231

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 15, 2026

Michael James DeStefano
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael James DeStefano is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/15/2026

Haywood S. Gill Jr.
UNITED STATES DISTRICT JUDGE

United States District Court
Northern District of California

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 1035231
Michael James DeStefano
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Ave NW Fl 1
Washington, DC 20006-6805

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **April 11, 2022**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 10th day of **September, 2026**.

Cynthia B. Jackson

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-434196