UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETSKOPE, INC.,

Plaintiff,

v.

FORTINET, INC.,

Defendant.

Case No. 25-cv-02360-HSG (AGT)

**DISCOVERY ORDER; ORDER ON MOTION TO SEAL**

Re: Dkt. Nos. 205, 206

Fortinet has agreed to provide "(1) by October 20, older versions of the same source code it has already produced and additional non-public technical documents relevant to the accused products in Fortinet's possession, custody, or control; (2) by October 2, 2026, a supplemental response to Interrogatory No. 8 identifying the date and version of the code in which the accused functionality was first made available; and (3) by October 27, a supplemental response to Interrogatory No. 9." Dkt. 206 at 4.

Given Fortinet's commitment to provide this discovery soon, the Court denies without prejudice Netskope's request to compel. After October 27, if Netskope believes that Fortinet's production and responses remain deficient, it may renew its request to compel in

a new joint statement.

The motion to seal the highlighted portions of Exhibit E to the joint statement (dkt. 205) is granted; the highlighted portions reveal confidential source-code file names, class names, and function names, which could be misused by competitors (dkt. 209-1 ¶¶ 1–2).

**IT IS SO ORDERED.**

Dated: October 6, 2026

Alex G. Tse
United States Magistrate Judge