UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETSKOPE, INC.,

Plaintiff,

v.

FORTINET, INC.,

Defendant.

Case No. 25-cv-02360-HSG (AGT)

**DISCOVERY ORDER; ORDER ON MOTION TO SEAL**

Re: Dkt. Nos. 187, 188

By October 12, 2026, the parties shall meet and confer about the burden Fortinet says it will need to undertake to produce "[d]ocuments sufficient to show the sales, revenue, cost, and profits for accused instrumentalities identified pursuant to Patent L.R. 3-1(b) for any period of alleged infringement." Patent L.R. 3-4(d). Fortinet represents that the burden may be considerable. *See* Dkt. 188 at 6 (suggesting that compliance would require a manual review of millions of individual transactions).

Netskope didn't respond to Fortinet's burden argument in the parties' joint statement, and it's unclear if the parties discussed it. If there's a workaround that could reduce the burden, the parties should consider it. If the parties are unable to resolve their dispute after meeting and conferring on or before October 12, they may file a further joint statement.

The Court grants the motion to seal the highlighted portions of joint statement Exhibit A (dkt. 187); the highlighted portions reveal confidential source-code file names, class names, and function names, which could be misused by competitors (dkt. 192-1 ¶¶ 1–2).

**IT IS SO ORDERED.**

Dated: October 6, 2026

Alex G. Tse
United States Magistrate Judge