Thomas Millikan, Bar No. 234430
tmillikan@sheppard.com
Joseph Reid, Bar No. 211082
jpreid@sheppard.com
Nicholas Lipperd, Bar No. 359627
nlipperd@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
12275 El Camino Real, Suite 100
San Diego, CA 92130
Telephone: (858) 720-7436
Facsimile: (858) 509-3691

Andrew N. Klein, Bar No. 300221
aklein@sheppard.com
Sarah E. McGrath, Bar No. 359386
smcgrath@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
1540 El Camino Real, Suite 120
Menlo Park, CA 94025
Telephone: (650) 815-2600
Facsimile: (650) 815-2601

Michelle L. Yocum, *pro hac vice*
myocum@sheppard.com
Michael DeStefano, *pro hac vice*
mdestefano@sheppard.com
Gloria Kim, *pro hac vice*
gekim@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
Telephone: 202.747.1900
Facsimile: 202.747.1901

*Attorneys for Plaintiff Netskope, Inc.*

David A. Nelson (Illinois SBN 6209623 pro hac vice application forthcoming)
davidnelson@quinnemanuel.com
Harrison B. Rose
harrisonrose@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
191 N. Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Sean S. Pak (Bar No. 219032)
seanpak@quinnemanuel.com
Andrew M. Holmes (Bar No. 260475)
drewholmes@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com
Jordan B. Kaericher (Bar No. 265953)
jordankaericher@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

GISH PLLC
Ryan Iwahashi (CA SBN 284766)
ryan@gishpllc.com
50 California Street, Suite 1500
San Francisco, CA 94111
Telephone: +1.415.630.2000

*Attorneys for Defendant Fortinet, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

NETSKOPE, INC.,

Plaintiff,

v.

FORTINET, INC.,

Defendant.

Case No. 4:25-cv-02360-HSG

**JOINT STIPULATION AND ORDER OF DISMISSAL OF CERTAIN CLAIMS**

Plaintiff Netskope, Inc. ("Netskope") and Defendant Fortinet, Inc. ("Fortinet") (collectively, the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Stipulation. In support of that request, the Parties stipulate as follows:

WHEREAS, Netskope filed this lawsuit on March 7, 2025 against Fortinet, seeking damages for infringement of 9 of Netskope's patents. Dkt. 1. Fortinet has denied that it infringes any of the patents-in-suit.

WHEREAS, Netskope previously dismissed claims 3-4, 14-15 of U.S. Patent No. 7,593,936, claims 9, 21 of U.S. Patent No. 8,635,697, and all asserted claims of U.S. Patent No. 8,397,282 without prejudice. Dkt. 120.

WHEREAS, Netskope agrees to drop the following claims without prejudice:

1. U.S. Patent No. 8,224,983: all asserted claims
2. U.S. Patent No. 8,117,639: all asserted claims
3. U.S. Patent No. 8,661,153: all asserted claims

WHEREAS, the Parties request the Court order a dismissal without prejudice of Netskope's infringement claims for U.S. Patent No. 8,224,983, U.S. Patent No. 8,117,639, and U.S. Patent No. 8,661,153 and Fortinet's affirmative defenses relating to U.S. Patent No. 8,224,983, U.S. Patent No. 8,117,639, and U.S. Patent No. 8,661,153.

WHEREAS, except as expressly stipulated, the Parties retain and preserve all other claims, defenses, positions, and arguments in this litigation.

IT IS HEREBY STIPULATED AND AGREED by and between Netskope and Fortinet through their respective counsel that:

1. Netskope's claim for patent infringement of U.S. Patent No. 8,224,983 is dismissed without prejudice.
2. Fortinet's affirmative defenses associated with U.S. Patent No. 8,224,983 are dismissed without prejudice.
3. Netskope's claim for patent infringement of U.S. Patent No. 8,117,639 is dismissed without prejudice.
4. Fortinet's affirmative defenses associated with U.S. Patent No. 8,117,639 are dismissed

without prejudice.

5. Netskope's claim for patent infringement of U.S. Patent No. 8,661,153 is dismissed without prejudice.

6. Fortinet's affirmative defenses associated with U.S. Patent No. 8,661,153 are dismissed without prejudice.

7. Each party shall bear its own attorneys' fees, expenses, and costs incurred in connection with the claims and defenses dismissed under this stipulation relating to U.S. Patent Nos. 8,224,983; 8,117,639; and 8,661,153.

DATED: October 20, 2026

By: */s/ Andrew N. Klein*

Thomas N. Millikan
TMillikan@sheppard.com
Joseph P. Reid
JReid@sheppard.com
Andrew N. Klein
AKlein@sheppard.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

*Attorneys for Plaintiff*
Netskope, Inc.

DATED: October 20, 2026

By: */s/ Ryan Iwahashi*

Ryan Iwahashi
ryan@gishpllc.com
GISH PLLC

Tigran Guledjian
tigranguledjian@quinnemanuel.com
Andrew M. Holmes
drewholmes@quinnemanuel.com
Jordan B. Kaericher
jordankaericher@quinnemanuel.com
Ognjen Zivojnovic
ogizivojnovic@quinnemanuel.com
Quinn Emanuel Urquhart & Sullivan, LLP

*Attorneys for Defendant*
Fortinet, Inc.

Pursuant to Stipulation, **IT IS SO ORDERED**.

Dated: 10/21/2026

Hon. Haywood S. Gilliam, Jr.
U.S. District Court Judge